# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:18 CV 356

| | |
|---|---|
| PAMELA NEIGHBOR, and NAOMI QUILLEN, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )      ORDER<br>) |
| JPMORGAN CHASE & CO., | )<br>)<br>) |
| Defendant. | )<br>) |

This matter is before the Court on Defendant's Motion to Dismiss (Doc. 7) and Plaintiffs' Motion for Extension of Time to Respond to Defendant's Motion to Dismiss (Doc. 9).

Plaintiffs filed an Amended Complaint (Doc. 10) on February 26, 2019. As a result of that filing, Defendant's pending Motion to Dismiss (Doc. 7) and Plaintiffs' Motion for Extension (Doc. 9) are now moot. See e.g., Powderly v. Blue Cross & Blue Shield of N. Carolina, 2008 WL 11366424, at 1 (W.D.N.C. June 4, 2008) (noting that a plaintiff's filing of an amended complaint renders a motion to dismiss the original complaint moot (citing Standard Chlorine of Delaware, Inc. v. Sinibaldi, 821 F.Supp. 232, 239–40 (D.Del.1992))).

Accordingly, Defendant's Motion to Dismiss (Doc. 7) and Plaintiffs' Motion for Extension of Time to Respond to Defendant's Motion to Dismiss (Doc. 9) are hereby **DENIED AS MOOT**.

Signed: March 4, 2019

W. Carleton Metcalf
United States Magistrate Judge